Kellie Walters

The Walters Law Firm

1 E. Erie Street, Suite 525-2918

Chicago, IL 60611

kwalters@walterslawoffice.net

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHKA LAMPKIN, ET AL., | Case No.:   2:20-cv-01204 JAM JDP |
| Plaintiff(s) | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION** |
| COUNTY OF SACRAMENTO, ET AL., | **TO SET BOND** |
| Defendant(s) | |

## ORDER

This matter coming before the court on Plaintiffs' Motion to Set Bond, all parties being duly notified, it is hereby ordered that:

1.      Plaintiffs' Motion to Set Bond is granted; and

2.      This court sets a supersedeas bond for $9,750 − 1.25 times the judgment.

IT IS SO ORDERED.

DATED:  January 26, 2023          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFFS MOTION TO SET BOND**